IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TERRANCE CHEN**, | Case No. 3:20-cv-00113-IM |
| Plaintiff, | **ORDER** |
| v. | |
| **ANDREW M. SAUL, Commissioner of Social Security**, | |
| Defendant. | |

**IMMERGUT, District Judge.**

     Plaintiff filed a stipulated application for fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and supporting materials on May 12, 2021. *See* ECF 17; ECF 18. After considering Plaintiff's stipulated submission and supporting materials, this Court hereby ORDERS that attorney fees in the amount of $6,987.97 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Attorney and paralegal fees in the amount of $6,987.97 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not

have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, H. Peter Evans: 222 NE Park Plaza Drive, Suite 113, Vancouver, WA 98684. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

**IT IS SO ORDERED.**

DATED this 13th day of May, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge